THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LYNETTE MCALISTER on behalf of her minor son, A.M., <br><br> Plaintiff, <br><br> v. <br><br> HOLLAND AMERICA LINE - USA, *et al.*, <br><br> Defendants. | CASE NO. C15-1286-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to appoint a settlement guardian ad litem (Dkt. No. 24). The parties agreed to settle this matter at mediation and now seek the appointment of a settlement guardian ad litem to review the settlement and report their recommendation to the Court. (*Id.* at 2.) The parties request the Court appoint Mila Boyd to serve as the settlement guardian ad litem. (*Id.*)

Mila Boyd is found or known by the Court to be a suitable, disinterested person having the requisite knowledge, training, and expertise to represent the interests of the named minor pursuant to Local Civil Rule 17(c). Accordingly, the Court APPOINTS Mila Boyd (WSBA No. 36174) to serve as Settlement Guardian Ad Litem in the above-entitled matter pursuant to Local Civil Rule 17(c).

The Settlement Guardian Ad Litem shall review and evaluate the proposed settlement offer to determine the sufficiency and make recommendations to the Court as to its approval and disbursement.

DATED this 23rd day of January 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
