THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNETTE MCALISTER on behalf of her minor son, A.M., <br><br> Plaintiff, <br> v. <br><br> HOLLAND AMERICA LINE - USA, *et al.*, <br><br> Defendants. | CASE NO. C15-1286-JCC <br><br> ORDER |

This matter comes before the Court on the parties' Petition for Approval of Minor Settlement and for Disbursement of Funds (Dkt. No. 28). After reviewing the Report of Settlement Guardian Ad Litem (Dkt. No. 28-1) and the relevant record, the Court APPROVES the settlement and ORDERS the following:

1.  The proposed settlement set forth in the Report of Settlement Guardian Ad Litem (Dkt. No. 28-1) is approved.

2.  The Settlement Guardian Ad Litem's fees and costs are found to be reasonable, are approved, and should be paid from funds set aside by Defendants.

3.  The Court approves Guardian Ad Litem's recommendation that the settlement funds allocated to Minor A.M. shall be placed in a blocked savings account until the Minor A.M. is eighteen (18).

ORDER
PAGE - 1

1     4.     Defendants shall make payment of the gross settlement in the form of a check

2              made payable to the Minor's attorney in trust for A.M.

3     5.     Counsel for the Minor A.M. shall, within thirty (30) days of the deposit of the

4              settlement funds into a blocked savings account, file a Receipt of Funds into the

5              blocked account indicating the Court's Order Approving Minor Settlement has

6              been carried out.

7     6.     The Guardian Ad Litem is discharged upon completion of all the requirements

8              stated above.

10    DATED this 23rd day of May, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE